# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY NICOLE ODOM, ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. 3:21-cv-198 |
| v. ) | Judge Richardson/Frensley |
| ) | Jury Demand |
| BEST BRANDS, INC. ) | |
|    Defendant. ) | |

## O R D E R

The Initial Case Management Conference in this matter set for **May 13, 2021 at 9:00 a.m.** will be <u>conducted by telephone</u>. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

    **IT IS SO ORDERED**.

_____
   **JEFFERY S. FRENSLEY**
   **United States Magistrate Judge**